


The Secretary of State
of the United States of America
hereby requests all whom it may concern to permit
the national of the United States named herein to pass
without delay or hindrance and in case of need to
give all lawful aid and protection.

Le Secrétaire d'État
des États-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser
le citoyen ou ressortissant des États-Unis titulaire du présent passeport,
sans délai ni difficulté et, en cas de besoin, de lui accorder
toute aide et protection légitimes.

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

PASSPORT
PASSEPORT

UNITED STATES OF AMERICA

Type/Caté-  P
gorie
Code of issuing / code du pays  USA
State  émetteur

PASSPORT NO./NO DU PASSEPORT
051633616

Surname / Nom
KAR

Given names / Prénoms
CYRUS

Nationality / Nationalité
UNITED STATES OF AMERICA

Date of birth / Date de naissance
18 MAR/MAR 61

Sex / Sexe
M

Place of birth / Lieu de naissance
IRAN

Date of issue / Date de délivrance
06 JUN/JUN 87

Date of expiration / Date d'expiration
05 JUN/JUN 97

Authority / Autorité
PASSPORT AGENCY
SAN FRANCISCO

Amendments/
Modifications
SEE PAGE
24

CANCELLED
NEW APPLICATION
REG
SEP 30 1997

P<USAKAR<<CYRUS<<<<<<<<<<<<<<<<<<<<<<<<<<<<
051633C(_31USA6103187M9706051<<<<<<<<<<<<<<4