## DECLARATION OF PARVIN MODARRESS

I, Parvin Modarress, hereby declare:

1.      My name is Parvin Modarress, and I live in Los Angeles, California. Cyrus Kar is the son of my sister, Mahin Parsi. I am Cyrus' aunt.

2.      I was born in Iran, and I came to the United States in 1970. I have been an American citizen for over ten years. My youngest daughter is Shahrzad Folger.

3.      My nephew Cyrus Kar was born in Tehran on March 18, 1961. I went to the hospital to visit Cyrus and his mother the day after he was born. His family left Iran when he was a baby, lived in Germany briefly, and came to the United States when Cyrus was about three years old. When he was eight or nine, Cyrus returned to Iran for a couple of years, before coming back to live permanently in the United States. Cyrus' mother Mahin Parsi lives in Iran.

4.      Cyrus grew up first in the Pacific Northwest, and then in Northern California. After graduating from high school he worked for some time and then joined the Navy. He graduated from the Navy after three years.

5.      When he left the Navy he went to San Jose State University, where he received an undergraduate degree in business. Some time after that he went for his Master's degree, which he earned from Pepperdine (Cyrus is very smart and he was an excellent student). Once he earned his Master's degree, he worked in Silicon Valley during the computer industry boom, and then moved to Los Angeles around 2001. In Los Angeles, he occasionally taught business-related courses for an online university.

6.      I have always been close to Cyrus, but after he moved to Los Angeles, he became like my son. He lived less than five minutes from me, and would come to our house almost every day. He treated me like his own mother, and would always send me a Mother's Day card

1

and joke that it was hard to have more than one mother. He treated my daughters like his little sisters.

7.   Almost three years ago, Cyrus became interested in making a documentary about the ancient Persian King Cyrus the Great. My nephew had always been interested in history, and would routinely ask my daughter to record PBS history shows for him. He developed a particular interest in Persian history and in Cyrus the Great because he believed the ancient King was an early champion of human rights.

8.   My nephew started to contact experts on ancient Persian history, including professors at various universities around the country. Later, he began traveling, both to conduct research and meet experts abroad, and to film the documentary on site. He traveled to England, Tajikistan, Turkey, Afghanistan, and Iran — all important places for the study of ancient Persia.

9.   We all knew that Cyrus was interested in filming in Iraq, because the ancient city of Babylon is located in modern day Iraqi territory. Cyrus had told his mother that he had sought permission to go to Iraq from the United States about two years ago. At that time he was told it would be better to wait. However, in the following two years he had shot hours of footage, and we knew that he was almost done with his film. He had told us that the only location that remained to be filmed was Babylon.

10.  Cyrus went to Iran to do more work on the film in the middle of March, 2005. During the time that he was there, I spoke to his mother (my sister Mahin) on a regular basis. She would give me frequent updates on how Cyrus was doing.

11.  Although he knew not to tell us, Cyrus had planned to go to Iraq to finish his film. As I later learned from my brother, Kamran, who traveled with him in Iran, Cyrus had obtained permission to travel and film in Iraq from the Iraqi Embassy, the appropriate American

authorities located in Iran, and even from the Kurdish Authorities. He had even obtained permission to film in Iran from the Iranian government. Kamran told me that Cyrus had been very careful to get permission from every possible governmental authority.

12. In the middle of May, my sister Mahin called and told me that she had not heard from Cyrus in around ten days. She was starting to worry. She had tried the cell phone number of his cameraman, Farshid Faraji, with whom he had traveled throughout the Middle East, but no one was answering it. We became concerned that he had disappeared.

13. On the morning of May 24, I first learned that Cyrus had been detained when he called me. I was thrilled to hear his voice on the phone. I remember my heart was pounding. He said he was OK, and that the FBI would be coming to his home in Los Angeles. He asked me to give his house keys (which I was keeping for him) to the FBI, and told me that he had already given them my phone number. I asked him where he was, and he said he was in Iraq. I remember him telling me that he was with the Americans, and I thought, "thank God." When I asked him if I should change his plane reservation home, which was scheduled for one week later, I heard another voice in the background, and Cyrus said that they told him to keep the reservation. I asked Cyrus what had happened and why he was detained, and he told me it was just a misunderstanding, and that it would all be fine.

14. When the FBI did not call in a few hours, I went to Cyrus's home. When I let myself in, I saw that the FBI had already searched the house and seized a number of items. An FBI agent named John Wilson had left his card on Cyrus's coffee table, along with a "receipt" of all the things that had been taken: a computer, bank and credit card statements, and other personal papers. I saw that they had searched everywhere, even in his closets.

15. When I got home, I called Agent Wilson and left a message. When we spoke

some time later, he told me that Cyrus was in a safe place, and that they just had some questions to ask him. Agent Wilson told me that when Cyrus came back to the United States, they would be able to return his things. I asked him if we should contact a lawyer or talk to anyone else. He said that would not be necessary, and that this was just a routine procedure. But two weeks later, we still had not heard from Cyrus.

16. On June 6, 2005, the American military let Cyrus call me again. This time, he sounded scared and angry. When I told him that the FBI had told me that he would be released soon, he said that he did not believe them. He said the government had all the power, and could do whatever they wanted. I asked him why this had happened, and he started to tell me that he had been in a taxi, but then someone in the background told him not to say anything else. I asked him if he had been tortured, and he said not now. He asked me to please pay his rent and other bills. He told me to send a letter to Senator Boxer about his story, and to have Senator Boxer's office e-mail him. He said that he was worried about his cameraman Farshid Faraji because they had been separated. I wanted to talk to him longer, but they gave him only 10 minutes.

18. Since he had told us to have Senator Boxer e-mail him, my family decided to e-mail him too. However, these e-mails were ultimately bounced back, so I guess he has not been allowed to check his e-mail after all.

19. About a week after we spoke to Cyrus, Agent Wilson called us and left a message saying that he needed to return Cyrus's things. At that moment, I felt certain that Cyrus was dead. When I called Agent Wilson back, I asked him why he would need to return Cyrus's things if he were still alive. Agent Wilson told me that they were returning Cyrus's things because they were done with their investigation and did not need them anymore, because Cyrus

had been "cleared."

20. We arranged to meet at Cyrus's apartment. At that time, I asked Agent Wilson to tell me more about why Cyrus was detained, and this time he finally gave me a better explanation. He told me that Cyrus had been traveling with his cameraman in a taxi. He said that Iraqi authorities had detained them because the taxi driver had had a washing machine timer. Apparently those timers are sometimes used to make bombs. This had all happened on Cyrus's first day in Iraq. Agent Wilson also said that after the Iraqi authorities had learned that Cyrus was an American, they had transferred him to American custody, but left his cameraman with the Iraqis.

21. Agent Wilson went on to say that they had since investigated all of this. They found out that the taxi driver had not been planning to make a bomb, so they had released him. He also said that after his investigation of Cyrus, he "knew Cyrus better than he knew himself," and that he was sure that Cyrus is who he says he is. He also told me that Cyrus had passed a lie detector test, and that he had been "cleared" by the FBI. He was confident that Cyrus would be released soon, and expressed interest in meeting him when he got back. I again asked if there was anything that I could do to help, and he said that we just had to be patient. He also told me not to worry, because he was doing his best to bring Cyrus home. When I pleaded with him to do everything he could to help, he told me that he would e-mail the FBI's liaison in Iraq, and that he would do everything he could.

22. The last time I heard from Agent Wilson was several days later. In response to a call, he left me a message saying that he was doing everything he could.

23. Two weeks later I was at home, having just finished dinner with my family. We had been talking about Cyrus, wondering why he had not called. My sister in Iran had called

earlier that day, saying that she believed her son Cyrus must be dead. She had cried on the phone. My daughter Shahrzad and her husband had just left when I received a call from an American man — apparently a soldier in Iraq. He said that my nephew Cyrus was going to call within the next two hours, and that he had to tell me to pay some bills for him. I immediately called my daughter, and she and her husband soon came back to my house.

24. After waiting for an hour, the phone rang, and my daughter and I picked up. When I heard Cyrus's voice, I lost my breath. I asked him when he would be returning, and he said he did not know. I told him that the FBI had cleared him and that he had passed a lie detector test. I also told him that his mother had sent him a letter. These things made him very upset, because they had not told him about passing the test, and he had not received any letters. I told him that attorneys at the ACLU were trying to help him. I asked him if we should move his things out of his apartment, but he said no, because he wanted to be there, to move the things himself. Although I could hear in his voice that he was scared and upset, he told me only that he was very worried for his cameraman. He pleaded with me not to forget his cameraman.

25. I wanted to talk longer, but Cyrus told us that someone there was telling him he had to end the call. I also asked him when he would call again, and he said that he hoped to be able to call once a month. My daughter pleaded with the people listening on the line to let him call sooner. The last thing I said to him was that I loved him.

26. I cannot understand how my nephew Cyrus could be detained for so long, for no reason. Cyrus has always been a very peaceful person, and I know that he would never wish harm on anyone. Although he is not particularly religious, he is a strict vegetarian, and often lectured us how it was wrong to harm any living creature. He even would call to make sure we were taking care of his pet rabbit.

27.     I worry about Cyrus constantly.  Sometimes my mind goes blank because I cannot think about him imprisoned there, not knowing if or when he will get out.  He is like a son to me, and his disappearance has left a hole in my heart.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 5th day of July 2005 in Los Angeles, California.

*Parvin Modarress*