## DECLARATION OF SHAHRZAD FOLGER

I, Shahrzad Folger, hereby declare:

A. Background

1.     I am a United States citizen, and I live in Los Angeles. I graduated from University of Southern California in 1999. Cyrus Kar is my first cousin. He is a 44 year old United States citizen. His mother, Mahin Parsi, is the sister of my mother, Parvin Modarress. Cyrus has one older sister, Anahita (Anna) Kar. From what I have heard from family and from Cyrus, he mostly grew up in Washington State, near Seattle. When he reminisces about high school he mostly discusses playing football and wrestling. He was very active in sports. He is still a huge football fan, but he watches more than he plays. We have had many Monday night football parties over at his home.

2.     When I was a child, I remember Cyrus was in the Navy. Those are my earliest memories of him. I remember him in his sailor's uniform. I remember how much we missed him when he would be gone on his ship for long periods of time. I remember how exciting it would be to go down to San Diego to visit him on his ship. I also remember how excited I was when he gave me one of his sailor's caps. I had that cap for years.

3.     I know that he got his bachelor's degree from San Jose State University. I know that throughout his college years he worked as a bartender, and he still has great drink recipes. I know that either before or during college he worked at Family Fitness Center. At one point he even taught some aerobics classes. Eventually I believe he was a manager at a Family Fitness Center.

4.     When he was at San Jose State he lived, at least part of the time, with three of my mom's brothers. They are all around the same age as Cyrus so their relationships were more like

1

brothers or friends rather than uncles and nephew. He lived and worked in San Jose throughout most of my childhood. He worked in sales in the computer industry for several years. He also received his Master's degree in technology management from Pepperdine in the mid-1990's. I believe this was through satellite programs as he lived in San Jose during this time.

5.  Whenever Cyrus visited us in Southern California it was very exciting. When I was twelve he let me drive his jeep around the parking lot of a local high school. That was the first time I drove a car and is one of the best memories of my life.

6.  Around the end of the 1990's Cyrus moved to Los Angeles. We became much closer at this time, as I had grown up and he was now local. We became close friends, not just relatives. Cyrus also became good friends with my boyfriend (now husband), Jack Folger. Politically, Cyrus and I have many of the same opinions. We are both progressive and liberal. We both strongly believe in human rights, human liberties, and the importance of saving our environment. A strong belief of both of ours is animal rights, and probably the biggest thing we both have in common. He has been a vegetarian for probably over 20 years. I have been a vegetarian on and off my entire adult life. We both stop to help animals that seem hurt on the side of the road; we both treat our pets as our children. Neither of us were members of any animal rights organizations; we just held these beliefs in our hearts. Perhaps the only major political view that he and I differed on was our view of the War on Terror, the invasion of Iraq, and President Bush. I have felt that war was not the answer and that although Saddam Hussein is a terrible man, the lives of innocent Iraqis and American soldiers lost would not be worth taking him out of power. I also disagreed with President Bush's foreign policy. Cyrus felt that changing Iraq to a democracy would be the best thing for the Iraqi people and for the Middle East as a whole and that in regards to his foreign policy President Bush was doing a good job.

7.      Cyrus never was very religious. In the last few years he has become a bit of a historian. I believe through his readings on history he learned about the ancient Persian religion of Zoroastrianism.

B.  Project

8.      Through his readings of history Cyrus started to become very interested in the history of Persia. He was amazed at how progressive ancient Persia was. In particular, he was interested in Cyrus the Great. Cyrus the Great was very conscious of human rights and very tolerant of different cultures. My cousin was amazed that someone was so progressive 2,000 years ago. His readings started to turn into a manuscript, which eventually turned into his goal of making a documentary about Cyrus the Great. He has always been very interested in documentaries, and he records his favorites on tape. He began working on his manuscript about three years ago. He would spend all day writing and researching. He began working part time as a Professor at University of Phoenix to help pay the bills while he worked on his manuscript. His goal of making this documentary was basically his full time job.

9.      Eventually he finished his manuscript and began looking for funding for the project. I don't know too much about this part of his project as I have no money for investing and neither do any of my 20-something friends so I didn't pay too much attention to it. However, I do remember hearing that he had a marketing portfolio that was about ten pages that explained the project for prospective contributors. I also remember that at one time he sent out an email to his mailing list asking everyone to pass on information on his project to anyone they thought may be able to help with funding. I recently learned that he started a Corporation, Spenta Enterprises, Inc., that is a film production company, for the purpose of making this film. I believe he did get some contributors for the film, but he incurred most of the costs himself.

10. After doing much research into camera equipment he bought whatever he had to and borrowed what he could (like editing equipment and studio time from his friend, Philippe Diaz). He then went to Iran in 2004 to begin his filming. In Iran, through an organization of independent filmmakers, he found a cameraman, Farshid Faraji. In 2004 he went to a few different countries in the Middle East to film sites and interview scholars. I believe he went to Iran, Tajikistan, Turkey, and Afghanistan. He came home with so many interesting stories of the locals he met and the strange food he ate (often he was stuck with just eating plain white rice, since he is a vegetarian). He also came home with many hour of footage. His next filmmaking trip was to Europe. He interviewed scholars in England. He was his own cameraman there.

11. His third and final trip was again to the Middle East. Before this trip he mentioned to me that if things were calm enough he would finally go to Iraq to film Babylon. I, of course, protested over and over. In 2004 he had mentioned that he needed footage from Iraq, but was putting off going there because of the war. In 2005, he began talking about the possibility some more. When I would protest about him going out of fear of his safety his response was that, because he looks Middle Eastern, Al Qaeda and other insurgents would not know that he is American. It never occurred to him that his country– his military– might detain him. Also, since his interest was only in historical sites, not in anything political, he thought that he and his cameraman could just get into Babylon, film their site, mind their own business, and then return to Iran. He received all of the proper permits and visas from the United States government and the Iraqi government to go to Iraq and to film there.

C. In Iraq

12. I believe Cyrus went to Iraq from Iran on May 16th or 17th of this year. I can't say for sure because he did not tell us that is where he was going. This is because we would all beg

him not to go. As my husband would say, he decided to "beg forgiveness later rather than ask for permission first." However, after about a week passed and his mother had not heard a word from him, we all began to worry that he had gone to Iraq and that something had happened to him. This was the last leg of his trip, the last part of his documentary that he needed to film before returning home to Los Angeles to finish editing. His return flight from Tehran, Iran back home to LA was on May 23rd. As that date came closer all of our fears escalated. I began searching the Internet everyday to see if I could find any news on Cyrus. I also started reading more closely news on Iraq, as I had feared that was where he was. What I learned through the news was that there was an offensive action by the United States military and the Iraqi military called, "Operation Lightning." I hoped that, if Cyrus and his cameraman were in Iraq, they did not get caught in the crossfire. I regularly checked to see if any Americans were captured or killed by the insurgents in Iraq. Finally May 23rd came and Cyrus missed his flight.

13.     On May 24th in the early morning my mother called me to say she spoke to Cyrus. She said she had a quick phone call from him to say that he was in Iraq. He said that he was in United States custody and that an FBI agent would call my mother for the key to Cyrus's home to search his home. According to my mother he sounded very tired. My mother told him that his mother had already rescheduled his flight from Tehran to L.A., and asked if that flight should be cancelled. Cyrus started to say yes but then an American voice in the background said that they could keep this flight. That flight was scheduled for a week or two from that date. When I heard about this phone call from Cyrus I was ecstatic. I was so happy to hear that he was safe and with the "good guys," the U.S. military. I did think it was strange that the FBI was going to search his home, but I assumed as soon as they looked into him that would be the end of their involvement.

14.     Later that day my mom went over to Cyrus's apartment to find that the FBI had already been there. Apparently they went to the building manager for a key. Although his home wasn't messed up, it was clear that people had been there. Many documents were taken as well as his computer. A receipt of the items seized was left as well as a business card from Special Agent John D. Wilson of the FBI. That day my mom left a message for Agent Wilson. At this time, we all felt shocked, scared, confused, and a little bit violated by the government, as they had clearly gone into all of his personal information. It never occurred to us that they would find anything bad about Cyrus. Everyone who knows him knows that he is a very patriotic and loyal American. In fact, in his apartment he has three American flags, many pictures of his days in the Navy, pictures of him growing up in Washington State and pictures of his high school football days. I am quite sure on his computer Agent Wilson found many news articles stressing why the American military is doing the right thing by fighting this war in Iraq. Nevertheless, it was still uncomfortable to feel that the government had violated our family's privacy. I later found out from Cyrus's friend Philippe that the ICRC had registered Cyrus at Camp Cropper, a U.S. military facility near Baghdad.

15.     A few days later Agent Wilson returned my mother's call. According to her, he was very nice and understanding. He explained to her that the military and the government just wanted to confirm that they had nothing to fear with Cyrus, since he was in Iraq during a war. He said once that was completed they would send him home to us. He let her know that there was no reason to contact a lawyer or anyone else, as there was nothing to worry about. My mom asked if Cyrus had been tortured and Agent Wilson said no, that sort of thing doesn't really happen, it's just on television. Our whole family felt a bit more at ease after that conversation.

16. However, each day that passed we began to feel a bit more anxious that we had not heard from Cyrus. Finally, on June 6th my mother received a second phone call from Cyrus. She said in this call he sounded different -- very angry. He was angry that he was still in custody and he was angry that the military could do whatever they wanted because as he put it, "they have all the power." My mom asked him why this was happening to him. He began to say, "it's because of our taxi driver," but then an American voice in the background told him he can't talk about this. My mother asked him if he was safe, if he had been tortured. He said not now, but before. He said things had gotten much better than they were before. He asked my mom to contact Senator Boxer's office for help. He was also very concerned for his cameraman, Farshid Falaji. He said he was separated from him when he was turned over to the U.S. military and he does not know what has become of Farshid.

17. After this phone call we all became more concerned. My mom left a message for Agent Wilson and she asked me to contact Senator Boxer's office. I had been eager to contact someone for a few days at that point, because things did not seem right. My mother would not let me call any organizations out of fear that it would anger the military and the FBI and that they would hold him longer. But after this call, everything changed. I immediately sent an email to Senator Boxer's office and called them. The person I spoke to on the phone gave me a fax number and told me to send a fax explaining the situation. I did this and a few hours later I received a phone call from a caseworker in Senator Boxer's office. She said she would start investigating and get back to me. She said she would mostly be talking to the Department of State and the U.S. Embassy in Iraq.

18. I then started searching the Internet to see who could help give us information and help Cyrus out, within our government. I called the Navy Personnel Command Casualty

Division at 800-443-9298. I spoke to Lt. Robert Sanchez who got my phone number, said he would find out what he could do, and would call me back. He called me back and said there is nothing the Navy could do, as Cyrus is no longer in the Navy. He suggested I call the State Department. I called many different people at the state department and either left messages that were never returned or was directed to a different phone number. I called 202-647-5470, 202-736-4988, 202-647-8306, 202-736-4997, and 202-647-6135. I was in shock, shaking, and crying at this time because of what I learned about Cyrus from my mom so I don't have the best memory of all my phone calls that day. I do remember one of those contacts looked Cyrus Kar up in his system and said he did not show him in there. I also called the Department of Justice at 202-514-2000 and I believe I called the Department of State Overseas Citizen Services at 202-647-5470. No one was able to help me or give me any useful information except one person (I believe it may have been one of the contacts at the State Department) who gave me the number of the United States Embassy in Iraq. I was given a New York number, which supposedly went to Iraq: 240-553-0584 ext 5340 and ext 5635. Since June 6th I have tried those two extensions many times on many different days and different hours. No one answers. They just ring and ring.

19. By around June 8th my mother had not heard back from Agent Wilson so I left him a message as well. He called me back on June 9th. I asked him what the situation was, what was going on, and why Cyrus wasn't home yet. He explained to me why Cyrus and Farshid were detained. He said that they had been in a taxi with a taxi driver who had something that could be used to make an explosive. He said that the military felt that they needed to make sure that they didn't need to worry about Cyrus before they released him. He said they just needed to cross all their t's and dot all their i's, otherwise they would be accountable later if they hadn't

fully looked into him. I said I understood, but I pointed out that he had seen Cyrus's home and looked into his life so he must know what I know about Cyrus -- that he is just a loyal, patriotic American veteran working on a documentary. He did confirm that he knew this of Cyrus. He gave me a bit of a lecture about Cyrus going into a war zone to film a documentary and I explained Cyrus's passion for his project that was near completion. He sounded like he understood. He said that our family just needed to be patient and wait for the military beauracracy to complete their process. He assured me that he had passed on all the information he knew about Cyrus to the military in Baghdad, and that he felt Cyrus would probably be home by mid-June but that he really couldn't say for sure since he did not have jurisdiction over the military.

20. I felt much better after talking to him, and I passed this information on to our family. I told Agent Wilson that if we did not see or hear from Cyrus in the next few days we planned to start looking into talking to the media and filing legal action. He said that it was up to us, but that Cyrus was safe and would probably come home shortly.

21. Throughout this time I stayed in close contact with Senator Boxer's office. I let them know everything I found out and she was not able to tell me anything as each day passed. She had no information about Cyrus. Eventually two other caseworkers in Senator Boxer's office became involved. They contacted various departments such as the FBI, the Iraqi Embassy, the State Department, etc. To date none of them has been able to find out any information regarding Cyrus's situation.

22. Around June 17th, I called and sent a letter to the ACLU asking for help. On June 20th I received a phone call from Ranjana Natarajan and Ahilan Arulanantham in which they

asked for more information and agreed to help Cyrus. They also contacted many departments within the government and have not been able to find answers as to why Cyrus is being detained.

23. Since then I sent emails to many friends and organizations and I have continued to try to contact the Department of Defense. The only information I had found was from the ICRC, which stated that Cyrus was at Camp Cropper when they registered him in May. I also called Agent John Wilson again. He reiterated that he was doing everything he could and that he would call us if he found any more information out. He said he understood how hard this was for our family but that we just had to be patient.

24. On June 28th Cyrus called my mom for the third time. He had a ten-minute phone call with her and me. He sounded very tired. He said he is healthy. I asked him if he was able to exercise, and he said he could in his cell. I asked him if there were any dangerous people near him and he said he was not allowed to discuss that. He also mentioned that there were lots of other people listening in on the call. I asked him if he was at Camp Cropper and he said he wasn't allowed to say. I let him know he was not alone and that Barbara Boxer's office and the ACLU were trying to help him. Also, that there were some articles on the Internet about what is happening to him and Farshid. He said that was good. It was one of the only times in the conversation that he sounded hopeful. We told him that the FBI had cleared him and that the taxi driver had also been cleared. He was shocked and frustrated by that information. It sounded as if they were telling him over there that they were waiting for him to be cleared here in the United States, while here in the U.S. they were telling us they were waiting for him to be cleared over there. He mentioned over and over that his main concern was for Farshid. He said he did not want to leave Iraq without Farshid. My mother and I let him know that we are trying to help Farshid as well and that he needed to come straight to the United States when he is released. He

was told that his time on the phone was over. We asked him when he would call again and he said they would let him call once a month. I asked the people listening to please let him call sooner. The three of us said, "I love you" and he hung up.

D. Effect on Cyrus

25.     I imagine Cyrus is feeling many things right now. He is probably frustrated, outraged, and disappointed in his military and his country. He loves the United States and was willing to give his life for his country in the Navy. Now, his country is letting him down. It is probably clear to him that his civil liberties are of no importance to our government. He is also very worried, not just for himself but for Farshid. He is a loyal, caring, and moral person, which is why he cares so much about Farshid, someone whom he just met a year and a half ago.

26.     He is probably also worried about what is happening to his life here in the U.S. He froze all of his accounts until May, because he thought that was when he would return. Now the bills have all started to come but no one can un-freeze an account other than the account holder so we have no way to stop them (phone bill, electricity, etc.). My mother is paying as many bills as she can but he is going to have accrued a lot of debt by the time he comes home, and since he is unable to work right now he is not going to have the money to pay them.

E. Effect on me

27.     This situation has affected me in many ways. First I was worried and confused by the fact that Cyrus was being held in Baghdad. Then I was hurt by our government for invading his life and not releasing him when they should have. Then I was horrified and pained to find out that he may have been mistreated and clearly our military knew and did not care. I think June 6th, the day I found out the extent of what happened to him, is probably the day I lost my innocence. Growing up in the U.S., I learned about the history of our constitution, of our three

branches of government, of our founders and the Declaration of Independence and I was so proud of what our country was based on. I became a Political Science major in college and continued to learn about our wonderful system. I appreciated the fact that our government was against cruel and unusual punishment, the fact that everyone gets a fair trial, that everyone is innocent until proven guilty, that everyone has the right to an attorney and the right to have their attorney present. On June 6th all of these things that I held close to my heart became a farce. My country hurt me and shook everything I believed in. I fear for Cyrus's safety in U.S. custody. Unfortunately, I do not think he is safe. I fear that the military and the bureaucracy will forget about him and leave him where he is, because they feel they are too busy with their war. I fear the government of Iran, which is now aware of the situation with Cyrus and Farshid, may find out that Cyrus is a U.S. veteran and think that he is a "spy" of the United States. I hurt for Farshid's family, as they have not even talked to him in six weeks. I also fear for Cyrus's film that he spent so much time on, and for his future when returns home, as his life is being turned upside down.

28.    I have trouble sleeping because I don't know if Cy is sleeping comfortably. I don't enjoy meals because I feel guilty eating good food while I don't know what he is being served. I look around and see all these wonderful Americans around me that have no idea what is happening to one of their own at the hands of their government, in their names. I do, however, also feel hope that our judicial system will come to the rescue and, like many times in our

///

///

///

history, right the injustices of our executive and legislative branches. I also hope that, once Americans know what has happened, they will not stand for it.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 5 day of July, 2005 in Los Angeles, California.

*S Folger*

Shahrzad Folger