# DECLARATION OF DAVID STRONACH

I, David Stronach, hereby declare:

1. I am an archeologist and emeritus professor of Near Eastern Studies at the University of California in Berkeley, California. I have been a professor here for twenty-three years. A true and correct copy of my curriculum vitae is attached hereto as Exhibit 1.

2. I know Cyrus Kar through his work on a historical documentary film on Cyrus the Great. I have known him for over two years, during which time I have assisted him in making his documentary. I have learned that Cyrus is presently detained in Iraq, after having gone there to complete filming his documentary. Cyrus is a very decent and considerate person, and I hope that he is released and returned to his home as soon as possible.

3. In May 2003, Cyrus Kar sent me several emails in which he informed that he wished to write a script for a "feature documentary" on the life of Cyrus the Great (559-530 B.C.). He sought my assistance on a number of historical questions concerning Cyrus the Great. I realized from the searching questions in his emails that Cyrus knew the main sources on the topic, that he had an objective approach to history, and that he had an extraordinary enthusiasm for the topic. Almost at once this proved to be a mutually agreeable academic exchange. Over the next year, Cyrus and I discussed the topic of Cyrus the Great in great detail over email and phone conversations.

4. Cyrus was eager to film a long interview with me on the subject of Cyrus the Great's career for his documentary, and I agreed. On June 5 and 6, 2003, Cyrus visited me in my office at U.C. Berkeley to conduct and film my interview. During the interviews, which lasted approximately four hours each day, I spoke extensively about the historical significance of Cyrus the Great and his many accomplishments.

1

5. Cyrus the Great is one of history's most extraordinary figures. He created the Persian Achaemenid Empire, the largest empire that the world had seen down to the mid-sixth century B.C., and he is also renowned in contemporary records for his tolerance and his "fatherly" qualities. He is mentioned many times in the Bible, not least because he liberated the captive Jewish community in Babylon – an event that allowed the Jews to return to Jerusalem, rebuild the temple and, arguably, provide the conditions that permitted the birth of Christianity. It is impossible to tell the story of Cyrus without bringing in the subject of Babylon, his last and greatest conquest, and one which had quite exceptional consequences. It is therefore unsurprising to me that Cyrus Kar thought it essential to go to Babylon – in present-day Iraq – to finish filming his documentary.

6. At the end of Cyrus' visit in June 2003, I took him to my home to have tea with my wife, Ruth, and myself. Ruth and Cyrus quickly found that they were both interested in similar subjects concerning Iranian culture, especially in the Zoroastrians, and they spent a very happy time looking at books that related to the Zoroastrians.

7. There is no question in my mind that Cyrus is enormously serious about his film project on Cyrus the Great. Cyrus admires Cyrus the Great not only for being an emperor but also and especially for being a wise and just statesman. Cyrus wanted to bring out this aspect of Cyrus the Great's rule in his film. For example, during the film interview I explained how after the conquest of Babylon, Cyrus the Great ordered his soldiers to return the images of various gods to the temples from which they had been taken, in an act of religious tolerance that was extremely unusual for a conqueror during this historical period.

8. I am far from the only authority that Cyrus has consulted. In fact, I have been struck by the quality of the scholars that he has sought out in both the U.S. and in Europe in order

to gain as accurate a picture as possible of the life and times of Cyrus the Great. Cyrus went to great lengths to adequately research his film and ensure that it is both complete as well as accurate, and his tenacity is admirable.

9. Cyrus feels it is a kind of "historical injustice" that there are countless films about other charismatic leaders, such as Napolean and Alexander, but that not one film has been made about such a great and good leader as Cyrus the Great. Cyrus obviously is not looking to produce an "action adventure with a cast of thousands." He hopes to produce a serious documentary, with footage of key locations in the long career of Cyrus the Great and with serious commentary by acknowledged historians and archaeologists. The closest parallel, I imagine, would be Michael Wood's well-regarded documentaries about the career of Alexander.

10. As far as getting to know Cyrus as a person, the above-mentioned discussions with my wife and myself were unusually agreeable. I find Cyrus to be a very human, very interesting, and very sympathetic individual. When our discussions were not focused on Cyrus the Great or on such related matters as the tenets of Zoroastrian belief (related in so far as Cyrus the Great may well have held religious beliefs that were more or less Zoroastrian in character), he liked to ask me about my long career as an archaeologist. In particular we both liked to discuss the features and qualities of Pasargadae, the capital of Cyrus the Great, where I excavated and made various discoveries over a ten-year period between 1961 and 1971.

11. My last meeting with Cyrus took place in October 2004, when I was acting as the academic guide for a tour of Turkey sponsored by the Asian Art Museum of San Francisco. Cyrus was hugely excited by the prospect of interviewing me -- again for his documentary -- at the site of Kerkenes in central Turkey, close to the location of a fateful battle between Cyrus the Great and the king of Lydia. It is a measure of Cyrus's great determination to do whatever he can

3

to obtain relevant footage for his film that he filmed an interview with me at the distant site of Kerkenes as soon as he knew that I would be going there. That interview related to Cyrus the Great's campaign in ancient Anatolia, one of his important earlier conquests. (The Babylon footage that Cyrus sought in Iraq was the obvious compliment to that footage, as it related to the important later conquest of Babylon).

12. Cyrus Kar is a fine human being, who chooses to dedicate a major part of his life to learning and who has the perfectly acceptable ambition to make an excellent film on an entirely laudable topic. If he has a fault, it is that he is so consumed by this one challenging undertaking that he fails to take account of the practical difficulties that exist in today's world.

13. I can only imagine the impact that the present circumstances must be having on this honest, innocent, markedly sensitive individual -- and I would be profoundly grateful for anything that can be done to release him from incarceration in order to return him, as soon as possible, to his, I am sure, totally distraught family.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 5th day of July, 2005 in Berkeley, California.

*David Stronach*

David Stronach