## DECLARATION OF PHILIPPE DIAZ

I, Philippe Diaz, hereby declare:

1. I am a resident of Los Angeles, California. I am a film producer and distributor, and I have been in this line of work for approximately twenty years.

2. I have known Cyrus Kar personally for about five years. In addition to being close friends with Cyrus, I have worked with him professionally on his documentary film about Cyrus the Great for the past year.

3. I am the founder of Cinema Libre Studio. Cinema Libre is a film production and distribution company that specializes in independent films. Our mission is to help make and distribute politically and socially conscious films, as well as documentaries exploring minority cultures. We have a studio in Canoga Park, California that provides film pre-production, production, and post-production rentals and services. We assist independent filmmakers by producing, co-producing, and distributing films and providing post-production and audio services. Cinema Libre has worked on politically conscious independent films and documentaries such as "Outfoxed" and "Weapons of Mass Deception."

4. Approximately five years ago, I met Cyrus Kar socially through his sister Anna Kar, who is a close friend of mine. Anna Kar has worked in Africa with the humanitarian organizations Action Against Hunger and the Red Cross. Cyrus and I became friends.

5. Cyrus told me well over a year ago that he was making a documentary film on the historical figure known as Cyrus the Great. He asked me for advice and assistance since I am in the business of producing films and he had no prior experience in filmmaking. Cyrus had a draft of a screenplay, and he needed advice on funding, shooting, and production, as well as cameras, lighting, and sound. I helped him by introducing him to other filmmakers and producers. I also

1

advised him on what camera equipment to buy, who he should bring to shoots, how to use lighting and sound, and how to develop the script.

5. Cyrus and I also began a professional working relationship over the past year. He had financed the shooting of his film by himself, and it had been difficult. He had taken loans from family members and used his savings to finance the shooting. Cinema Libre Studio agreed to co-produce the film, and we are financing the post-production. I have worked very closely with Cyrus on the production and structure of Cyrus' documentary. For the last six months, he came to the studio about once a week as we worked on editing, preparing for shoots, and post-production.

6. Cyrus' documentary film has been developed and produced using the services and equipment at Cinema Libre Studio. Cyrus and I collaborated closely to develop his documentary film. This is the only documentary film that Cyrus is making, and Cyrus has told me many times that this project is extremely important to him. He has been passionate about completing the project.

7. Cyrus' documentary concerns the path of the historical figure known as Cyrus the Great. Cyrus the Great was one of the first leaders who respected human rights and human freedoms. The documentary does not just tell a story about the leader, but it also conveys a larger message about respect for human rights and freedoms. With this documentary, Cyrus hoped to show how ancient Iran was a civilization and culture that originated and supported principles of human rights and human freedoms. Cyrus was very passionate about his documentary because he thought it was an important tool to educate people about human rights in ancient Iran.

8. I thought that Cyrus' documentary was very original and important, since it explored the culture of ancient Persia and also had a political message about human rights. I had

never heard of a movie on Cyrus the Great, so I thought this was a very unique historical documentary.

9. Before Cyrus left the United States in March 2005, he and I were actively working on producing and editing his documentary. We were in the studio almost every day, cutting the footage and developing the final product. Cyrus had already traveled to many parts of the world and had dozens of hours of film footage for his film. Wherever Cyrus the Great had gone, Cyrus had also gone. He wanted to have footage of all the historical sites where Cyrus the Great had lived or visited. In the documentary, Cyrus narrated on camera from many different locations. He did not use stock footage of locations because his technique was to visit the historical sites of Cyrus the Great and then to speak about Cyrus' accomplishments from those locations.

10. Cyrus told me that he was going to Iraq to capture the final footage for his documentary. He felt it was absolutely necessary to visit the historical sites in Iraq where Cyrus the Great had been, and they were the only sites that he had not yet filmed. I told him that he was crazy to go because of the war in Iraq. Cyrus was so passionate about the movie, though, that my warnings never resonated with him.

11. Cyrus was incredibly intent on finishing his film and doing it right. He had poured years of work into the film and had visited virtually all the historical sites where Cyrus the Great had been. To finish the film, Cyrus needed footage of the historical site of Babylon, where Cyrus the Great had been and which is found today in Iraq. Cyrus just wanted to get the footage in Iraq so that he could finally complete the production and editing of the film. Like other filmmakers who are passionate about their art and their projects, Cyrus was completely focused on getting his film footage.

12. I have not talked to Cyrus since he left the country in March. Recently, Cyrus'

family told me that the U.S. military is holding him in jail in Iraq. I was incredibly shocked to hear this because I cannot imagine why anyone would think that Cyrus is a danger to anyone.

13. Cyrus and I have had many political discussions in the course of working together. Cyrus is a patriot and a great admirer of everything American. Cyrus is a firm believer in capitalism and the spread of democracy. He had supported the war on Iraq and defended the government's actions on many occasions.

14. Cyrus would never do anything to harm another American or our country, and he would never be involved in anything dangerous or nefarious. Cyrus used to be in computers and business years ago, but now he is a filmmaker, pure and simple. His only goal was to finish his historical documentary film. The only reason he went to Iraq was to finish the footage for his film, so that he could complete it. We were supposed to finish cutting the film as soon as he returned.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct to the best of my knowledge and belief. Executed this 5 day of July, 2005 in Canoga Park, California.

Philippe Diaz

4