# DECLARATION OF MARK MOORE

I, Mark Moore, declare and affirm and would so testify if called as a witness:

1. I live in the Southern California area, having moved to Los Angeles in the spring of 2003, when I accepted a position as a lecturer in economics at the University of Southern California. Before moving to Los Angeles, I lived in Orange County, where I taught economics at the University of California at Irvine.

2. I have known Cyrus Kar for more than two years. Cyrus lives in an apartment down the hall from my own, and we met almost as soon as I moved into the building. Cyrus has a friendly, outgoing personality, and he and I began to engage in casual conversations around the building. Eventually, these neighborly chats became the foundation for a more meaningful relationship. Over the past year, Cyrus and I have become genuine friends.

3. While I have always been struck by Cyrus' good-nature, I was particularly touched by his warmth and generosity during December of 2004, when Cyrus invited me to spend Christmas with his family in Los Angeles. Cyrus and his relatives made we feel welcome in their home, and I was impressed by their warmth and generosity. In January 2005, Cyrus and his cousin-in-law Jack took me out for a drink to celebrate my birthday.

4. I know that Cyrus teaches courses in the fields of communications and technology, and that his work focuses on the intersection of business and communications. However, for as long as I have known him, Cyrus has been most passionate about his research on the ancient Persian empire. Cyrus is fascinated by the history and culture of

1

ancient civilizations. Cyrus decorates his apartment with historical maps of ancient world civilizations, but he always emphasizes the need for closer historical examinations of ancient Persia in particular. Unlike the Greek or Roman Empires, Cyrus feels that the Persian Empire has not received enough popular or academic attention. He describes his namesake, emperor Cyrus the Great of Persia, as a "historically neglected" emperor. Cyrus explained to me that Persia was a relatively progressive empire, and that he admired Cyrus the Great for promoting human rights and religious tolerance.

5.     During the summer of 2004, Cyrus and I spoke at length about his plans to create a documentary film about ancient Persia. Cyrus spoke with passion about the project, and explained some of the challenges that he had to address. He described his efforts to secure financing for the project, generate a script, find a film editor, and make arrangements to secure cameras and other equipment. Cyrus seemed enthusiastic and committed to the project. In March 2004, Cyrus came to watch me act in a solo performance. After the show, I looked for Cyrus so that I could introduce him to my acting coach. Then I noticed that Cyrus and my coach were already standing together speaking. When I approached them, I was not surprised to hear what they were talking about. Cyrus was expressing his fascination with ancient Persia, and describing his plans to create a documentary.

6.     In 2004 Cyrus left on a trip to begin working on the film. I think that he went to England to consult with some experts on Persian history and also traveled to Turkey, Afghanistan, and other countries that are important to the study of ancient Persia.

7.     When Cyrus returned from his trip, he seemed happy and enthusiastic about the future of his documentary. He told me that he had

2

been able to meet with leading authorities on the ancient Persian empire, and that he felt good about the filming that he had accomplished.

8. Around the beginning of 2005, Cyrus began mentioning to me that he was planning a trip to the region to finish filming. He felt that he needed to get to Iran and possibly Iraq in order to obtain the footage that he needed to complete his project. Cyrus was concerned about the general instability in the region, but he felt pressure to finish filming because the project was gaining momentum and nearing completion. He told me that he was trying to get permission from the appropriate government authorities to make sure that it would not be a problem for him to travel in Iraq.

9. I was shocked to learn that Cyrus has been detained by American troops in Iraq. Cyrus is concerned about the rise of terrorism and believes that the United States must work to eliminate that threat. From conversations that we had, I know that Cyrus supported President Bush's plan to invade Iraq because he felt that the United States should take an aggressive stand against terrorists and their supporters. He admired the President's desire to bring democracy to that region of the world. From what I know of Cyrus' character, I do not for a second believe that he poses a threat to anyone, anywhere.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct to the best of my knowledge and belief. Executed this 5th day of July, 2005 in Los Angeles County, California.

_____
Mark Moore