## DECLARATION OF JOHN "JACK" FOLGER

I, John "Jack" Folger, hereby declare:

1.My name is John "Jack" Folger. I am a graduate of the University of Southern California, and I work as a realtor. I am married to Shahrzad Folger, and my wife is Cyrus Kar's cousin. I have known Cyrus Kar for about 6 years. In addition to being Shahrzad's cousin, Cyrus has become a very good friend of mine over the years. Since he moved close to us, about two years ago, I have spent a great deal of time with him. He is very much an honest, patriotic person.

2.Cy is a very interesting character because he is a collection of contradictions. He comes across as a bit of a tough guy, as he was a football player who served in the U.S. Navy. He loves to drink Coors Light and Jack Daniels and watch Monday Night Football, yet he is very much an intellectual person. His apartment is full of books and videos (mostly documentaries) that would probably bore most people, but they are of great importance to Cy. One of the times he went out of town to film his documentary, he was so excited that my wife and I Tivo'ed several episodes of "Decisive Battles," a History Channel show. He is also a vegetarian and for many years had a pet rabbit, Honey Bunny. And I tell you, what a lucky bunny. I've never seen such a pampered pet. It says a lot about Cy that he had a pet that most would keep in a cage that instead had free reign of the house. Underneath his tough exterior, Cy is one of the nicest, most honorable people you will meet.

3.For the last few years he has spent much of his time researching and writing a documentary about one of his heroes from ancient Persia, Cyrus the Great. Part of Cy's fascination with this subject is Cyrus the Great's inclination to rule his subjects in a much more humane fashion than other conquerors of his day, something Cy believed strongly in. Cyrus the

1

Great believed in allowing his subjects freedom of religion, for example, a liberty not contemplated by some leaders even today. Cy's interest in Cyrus the Great was intense. Part of what fueled Cy was what he viewed as lack of attention and recognition of Cyrus the Great.

4. It is hard for most people to understand why Cy would focus all his time and energy on making a documentary on a subject many people know nothing about. Cy felt so strongly that he had a story worth telling that he was willing to sacrifice all his time and energy towards it, even while his savings dwindled. I think Cy believed that Iran deserved to have the story of one of its greatest leaders told, especially to an American audience that does not know about Iran and its history. This is what drove Cy to spend such time and energy on a project that he could only hope would elevate people's understanding of ancient Iranian culture.

5. Cy always told his family about his trips abroad, especially because he got us to take care of his rabbit (before her death). He made several trips out of the country and at least one to Berkeley to interview a professor there. When he left on his last trip in March 2005, he told us it would be to finish up the last of the filming he needed to complete his documentary. We all knew that he wanted to get some footage from Iraq but no one thought he'd actually do it. I knew that some in his family had pleaded with him to not go there under any circumstances. I didn't give him a hard time about it since I knew everyone else had. I just told him to be careful if he felt safe going there.

6. My wife and her mom were very nervous about Cy about a week before he was supposed to come back to the U.S. because he had not made contact with anyone. I was sure that he was okay and that he would make it to his flight. When the time of his flight came and went, they (and his mom in Iran) were extremely concerned. One night Shahrzad's mom Parvin got a phone call from Cy. Cy told her that he and his cameraman had been picked up by the Iraqi

2

police. At some point they turned him over to the American military. Cy told her that the FBI would call her to arrange to search his apartment. They were only allowed to talk for a few minutes.

7.  In the meantime, the FBI searched Cy's apartment, without first contacting Parvin, and seized his computer's hard drive and many other personal documents. What did they find? Many documents and tapes that record his passion and work towards his documentary on Cyrus the Great, and about three American flags and two Bob Marley tapestries on the walls. The FBI ended its investigation and returned the seized items to Parvin. The FBI agent seems like a nice guy. He told us that he is doing everything he can to get Cy released, and I want to believe him.

8.  Parvin and I were together when the FBI agent returned Cy's items to us. Parvin was afraid that we were getting the items because Cy had been killed, since she had previously been told that only Cy could get these items back. The agent assured us that Cy was alive. He also said, "I know Cy better than he knows himself," after his investigation and that he would like to meet Cy when he returns. He said, "I'd like to explain to him why we had to do what we did."

9.  Since that first call, Cy has been allowed to call two other times. The second time he requested that we contact Senator Boxer's office. At this point, her office has three caseworkers on Cy's case. Shahrzad has handled contacts with them and they seem unable to secure his release (or get much more information to us). The third time Cy called, Parvin and Shahrzad told him what we were told by the FBI agent: he passed his lie detector test and the FBI has cleared him of suspicion. Cy was angered to hear this since the military has told him nothing about when he might be released, a mental torture for anyone in his position.

3

10. The FBI agent tells us any time we call him that he has done everything he can to get Cy released but that it is in the hands of the U.S. military in Iraq at this point. We waited for some time to see if Cy would be released but it has not happened. We thought it best to not stir up too much trouble at first but clearly going through official channels isn't producing results.

11. Many would call Cy crazy to try to film in Iraq during this quagmire, as it's often called these days. Knowing him as I do, I understand why he wanted to go. Regardless of whether we can relate to the passion that led him to film in a war zone, it is wrong for an American to be imprisoned as he is now. Now he is languishing in an American detention center without charges, the ability to contact legal counsel, or an estimated time of release. If there is a good reason, our government has yet to declare it.

12. Every day I think that, regardless of red tape and apathy, surely Cy will be released. Each day that he doesn't return I lose faith in our country's ability to lawfully control Iraq and to care for its own citizens.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 5th day of July 2005 in Los Angeles, California.

John "Jack" Folger