UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CYRUS KAR, *et al.*,

        Petitioners,

    v.                                  No. 05-cv-____

GEORGE W. BUSH, *et al.*,

        Respondents.

**CERTIFICATE OF COUNSEL REQUIRED BY LOCAL RULE 65.1(a)**

       Pursuant to Local Rule 65.1(a), the undersigned counsel for plaintiffs hereby certifies as follows:

       (1) Copies of all pleadings and papers filed in this action to date, or to be presented to the Court at the hearing on the application for a Temporary Restraining Order, have been delivered to Respondents by e-mailing them to Daniel Van Horn, Esq., Deputy Chief of the Civil Division of the United States Attorney's Office for the District of Columbia, at approximately 11:30 a.m. on July 6, 2005.  Mr. Van Horn graciously agreed to receive pre-filing copies in this manner.  A copy of the summons and filed papers will be hand-delivered to the United States Attorney's Office immediately after filing.

       (2) I have notified Respondents that the time of presenting the application for the temporary restraining order to the Court has not yet been set by the Court; the defendants or their counsel will be notified as soon as it is (or, more likely, will be consulted in arranging the time).

                                                            Respectfully submitted,

                                                             [signature on next page]

                                                                      /s/

Arthur B. Spitzer  (D.C. Bar No. 235960)
American Civil Liberties Union
  of the National Capital Area
1400  20th Street, N.W.
Washington, D.C. 20036
(202) 457-0800

July 6, 2005