UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CYRUS KAR, *et al.*,

    Petitioners,

v.                            No. 05-cv-____

GEORGE W. BUSH, *et al.*,

    Respondents.

**[proposed]**
**ORDER TO SHOW CAUSE WHY WRIT OF HABEAS CORPUS**
**SHOULD NOT ISSUE AND TEMPORARY RESTRAINING ORDER**

Upon consideration of Petitioners' Motion for an Order to Show Cause Why A Writ of Habeas Corpus Should Not Issue, and Petitioners' Application for a Temporary Restraining Order, the declarations and exhibits in support thereof, and all arguments presented, it is hereby

ORDERED, that Petitioners' Motion and Application are GRANTED; and it is further

ORDERED, that pursuant to 28 U.S.C. § 2243, the respondents are ordered to show cause, within three days of this Order, why a writ of habeas corpus releasing Cyrus Kar from respondents' custody should not issue; and it is further

ORDERED, that the respondents, and their officers, agents, employees, and those acting in concert with them, shall (a) allow counsel for Petitioners to immediately meet and confer with Cyrus Kar, in private and unmonitored attorney-client conversations; (b) cease all further interrogations of Cyrus Kar while this litigation is pending; and (c) allow Cyrus Kar to be present, in person or telephonically, at any and all hearings on the petition for a writ of habeas corpus; and it is further

ORDERED, that the Respondents shall appear in this Court on July __, 2005, at _____ a.m./p.m. to show cause why a writ of habeas corpus should not issue.

Date: _____

Time: _____

                                           United States District Judge