UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CYRUS KAR, *et al.*, | CASE NUMBER  1:05CV01348 |
| Petitioners, | JUDGE: James Robertson |
| v. | DECK TYPE: TRO/Preliminary Injunction |
| GEORGE W. BUSH, *et al.*, | DATE STAMP: 07/06/2005 |
| Respondents. | |

[proposed]

**ORDER TO SHOW CAUSE WHY WRIT OF HABEAS CORPUS
SHOULD NOT ISSUE AND TEMPORARY RESTRAINING ORDER**

Upon consideration of Petitioners' Motion for an Order to Show Cause Why A Writ of

Habeas Corpus Should Not Issue, and Petitioners' Application for a Temporary Restraining

Order, the declarations and exhibits in support thereof, and all arguments presented, it is hereby

ORDERED, that Petitioners' Motion and Application are GRANTED; and it is further

ORDERED, that pursuant to 28 U.S.C. § 2243, the respondents are ordered to show

cause, within three days of this Order, why a writ of habeas corpus releasing Cyrus Kar from

respondents' custody should not issue, and it is further

ORDERED, that the respondents, and their officers, agents, employees, and those acting

in concert with them, shall (a) allow counsel for Petitioners to immediately meet and confer with

Cyrus Kar, in private and unmonitored attorney-client conversations; (b) cease all further

interrogations of Cyrus Kar while this litigation is pending; and (c) allow Cyrus Kar to be

present, in person or telephonically, at any and all hearings on the petition for a writ of habeas

corpus; and it is further

3

ORDERED, that the Respondents shall appear in this Court on July 11, 2005, at noon

a.m./p.m. to show cause why a writ of habeas corpus should not issue.

Date: 7/6/05

Time: 3:25 p.m.

_____
United States District Judge