UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CYRUS KAR, *et al.*,

    Petitioners,

v.

GEORGE W. BUSH, *et al.*,

    Respondents.

No. 05-cv-1348 (JR)

**NOTICE OF FILING**
(*Curriculum Vitae* of David Stronach)

Plaintiffs file herewith the *Curriculum Vitae* of David Stronach, which was inadvertently not attached to his Declaration, Exhibit 5 to the Petition, filed earlier today.

Respectfully submitted,

_____
Arthur B. Spitzer  (D.C. Bar No. 235960)
American Civil Liberties Union
  of the National Capital Area
1400  20th Street, N.W.
Washington, D.C. 20036
(202) 457-0800

One of Counsel for Petitioners

July 6, 2005