# CURRICULUM VITAE

Name: David Brian Stronach

Date of Birth: 10 June, 1931

**Education:** Gordonstoun School; St. John's College, University of Cambridge

**Degrees:** B.A. , University of Cambridge (Archaeology and Anthropology Tripos), 1955
M.A., University of Cambridge, 1957

**U.C. Berkeley Posts:**

Emeritus Professor of Near Eastern Archaeology, University of California at Berkeley, 2004-
Professor of Near Eastern Archaeology in the University of California at Berkeley, 1981-2004
Curator of Near Eastern Archaeology, Hearst Museum of Anthropology, University of California at Berkeley, 1983-2001
Chair, Department of Near Eastern Studies, 1994-97
Chair, Humanities Area Council, 1996-97

**Scholarships**

Scholar of the British Institute of Archaeology at Ankara, 1955-56
Fellow of the British School of Archaeology in Iraq, 1957-58
Fellow of the British Institute of Archaeology at Ankara, 1957-58
Fellow of the British School of Archaeology in Iraq, 1958-59

**Prior Appointments**

British Academy Archaeological Attaché in Iran, 1960-61
Director, British Institute of Persian Studies, 1961-80

**Lectureships and Interim Professorships**

Hagop Kevorkian Visiting Lecturer in Iranian Art and Archaeology, University of Pennsylvania, 1967
Rhind Lecturer, University of Edinburgh, 1973
Charles Eliot Norton Memorial Lecturer, American Institute of Archaeology, 1980
Visiting Professor of Archaeology and Iranian Studies, University of Arizona, 1980-81
Columbia Lecturer in Iranian Studies, Columbia University, 1986
Victor M. Leventritt Lecturer in Art History, Harvard University, 1991
William G. Cohodos Lecturer in Biblical Archaeology, Hebrew Union College, Jerusalem, 1992
Anthony McNichol Lecturer in Near Eastern Archaeology, University of Sydney, 1994
Visiting Professor, Collège de France, Paris, 1999
Walker Ames Professor, University of Washington, 2002

**Honors and Awards**

President, Cambridge University Archaeological Field Club, 1954-55
Fellow of the Society of Antiquaries of London, 1963-
Corresponding Member of the German Archaeological Institute, 1966-73
Member of the German Archaeological Institute, 1973-
O.B.E. (Officer of the Order of the British Empire), 1975
Prix Ghirshman, Académie des inscriptions et Belles Lettres, Paris, 1979. (Book prize awarded for ***Pasargadae,*** 1978.)
Sir Percy Sykes Memorial Medal, Royal Society for Asian Affairs, 1980
First Honorary Vice President, British Institute of Persian Studies, 1981-
Foreign Member, Royal Belgian Academy, 1988-
***Festschrift*** : Neo-Assyrian, Median, Achaemenian and Other Studies in Honor of David Stronach (R. Boucharlat, J.E. Curtis, and E. Haerinck, eds.) vols. I and II (=Iranica Antiqua 23, 1998 and 34, 1999)
39th recipient of the Gold Medal of the Archaeological Institute of America for Distinguished Archaeological Achievement, January 2004

**Advisory Editor** for the following journals:

***Iran***, Journal of the British institute of Persian Studies, 1975-
***The Journal of Mithraic Studies,*** 1976-79
***Iranica Antiqua,*** 1985-
***Bulletin of the Asia Institute,*** 1987-
***American Journal of Archaeology,*** 1989-98

**Directed Excavations at:**

1) Ras al 'Amiya, Iraq, 1960
2) Yarim Tepe, Iran, 1960-1962
3) Pasargadae, Iran, 1961-63
4) Tepe Nush-i Jan, Iran, 1967-78
5) Nineveh, Iraq, 1987-90

**Co-Directed Excavations at:**

1) Shahr-i Qumis/Hecatompylos, Iran, 1967-78
2) Horom, Armenia, 1992
3) Velikent, Daghestan. 1994-77
4) Kerkenes Dag, Turkey, 1999-2003

**Assistant on the excavations of:**

1) Professor David Talbot-Rice, at the Palace of the Byzantine Emperors, Istanbul, 1954;
2) Dr. Veronica Seton-Williams, at Tell Rifa'at, Syria, 1956;
3) Professor Seton Lloyd, at Beycesultan, Turkey, 1956-57;
4) James Mellaart, at Hacilar, Turkey, 1957-59;
5) Sir Max Mallowan at Nimrud, Iraq, 1957-60; and
6) Sir Mortimer Wheeler at Charsada, Pakistan, 1958.

**Guest Lectures given at the Universities of:**

Aarhus, Ankara, Arizona, Berkeley, Bristol, Cambridge, Chicago, Colorado, Columbia, Copenhagen, Ghent, Harvard, Helsinki, Illinois, Indiana, Jerusalem, Leiden, Liège, London, Manchester, Michigan, Minnesota, Missouri, Munich, Oxford, Pennsylvania, Princeton, St. Andrews, Sheffield, Southampton, Sydney, Tehran, Toronto, UCLA and Washington.

**(Selected) Lectures also given as follows:**

7th international Congress of Iranian Art and Archaeology, Munich, 1976
Academie des Inscriptions et Belles Lettres, Paris, 1977
Centennial Meeting, Archaeological Institute of America, Boston, 1980
The 25th Anniversary Meeting of the British Institute of Persian Studies, 1986
The Royal Belgian Academy, 1988
Rencontre Assyriologique Internationale, Ghent, July, 1989
British Association of Near Eastern Archaeologists (keynote address), 1993
12th Bonham Carter Lecture of the British School of Archaeology in Iraq, 1994
Tenth Anniversary Symposium of the Neo-Assyrian Text Corpus Project, Helsinki (plenary paper), 1995
Plenary Paper, ASOR Annual Meeting, 2002
11th Vladimir G. Lukonin Memorial Lecture, British Museum, 2003

**Miscellaneous Offices:**

President, San Francisco Chapter, Archaeological Institute of America, 1990-92
Member, Committee on Archaeological Policy, American Schools of Oriental Research, 1984-87
Trustee, Ancient Persia Fund, London, 1987-
Trustee, American Institute of Iranian Studies, 2000-

Referee for the National Science Foundation
Referee for the National Endowment for the Humanities
Referee for the American Council of Learned Societies
Referee for the National Geographic Society
Reviewer for (selected) Oxford University Press, Cambridge University Press, Princeton University Press, and University of California Press

**Memberships:**

American Institute of Iranian Studies, Archaeological Institute of America, British Institute of Archaeology at Ankara, British Institute of Persian Studies, and British School of Archaeology in Iraq

BIBLIOGRAPHY

1957

"The Development and Diffusion of Metal Types In Early Bronze Age Anatolia," Anatolian Studies 7, 1957, pp. 89-125.

1958

"Metal Objects from the 1957 Excavations at Nimrud," Iraq 20, 1958, pp. 169-181.

"An Early Metal Hoard from Beycesultan, 1958," Anatolian Studies 9, 1959, pp. 47-50.

1959

"The Development of the Fibula In the Near East," Iraq 21, 1959, pp. 180-206.

1961

"Excavations at Ras al 'Amiya," Iraq 23, 1961, pp. 95-137.

1962

"Metal Objects," In S. Lloyd and J. Mellaart, Beycesultan 1, 1962, pp. 280-292.

1963

"Metallfunde In Arsameia am Nymphaios," in F.K. Dorner and T. Goel, Arsameia am Nymphaios, Berlin, 1963, pp. 275-281.

"Excavations at Pasargadae: First Preliminary Report," Iran 1, 1963, pp. 19-42.

1964

"Excavations at Pasargadae," Proceedings of the XXVth international Congress of Orientalists, 1964, pp. 238-239.

"Excavations at Pasargadae; Second Preliminary Report," Iran 2, 1964, pp. 21-39.

1965

"Excavations at Pasargadae: Third Preliminary Report," Iran 3, 1965, pp. 9-40.

"British Archaeology Abroad 1964. British Institute of Persian Studies at Tehran," Antiquity 39, 1965, pp. 41-42.

"11th Century Seljuk Tombs Discovered in Western Iran" (with T. Cuyier Young, Jr.), Illustrated

London News, September 25, 1965, pp. 38-39.

1966

"Excavations at Pasargadae, 1963," Anjoman-e Farhang-e Iran-e Bastan (Bulletin of the Ancient Iranian Cultural Society) 4, 1966, pp. 1-10. )

"Three Octagonal Seljuk Tomb Towers from Iran" (with T. Cuyier Young, Jr.), Iran 4, 1966, pp. 1-20.

"The Kuh-l Shahrak Fire Altar," Journal of Near Eastern Studies 25, 1966, pp. 217-227.

"British Archaeology Abroad 1965. British Institute of Persian Studies at Tehran," Antiquity 40, 1966, pp. 96-97.

Review of W. Cullican, The Medes and Persians (London, 1965), Antiquity 40, 1966, pp. 157-156.

1967

"Urartlan and Achaemenlan Tower Temples", Journal of Near Eastern Studies 26, 1967, pp. 278-288.

"British Archaeology Abroad 1966. British Institute of Persian Studies at Tehran," Antiquity 41, 1967, pp. 133-134.

1968

"Tope Nush-i Jan: A Mound in Media," Bulletin of the Metropolitan Museum of Art November, 1968, pp. 177-186.

"Tepe Nush-i Jan," Iran 6, 1968, p. 162.

"British Archaeology Abroad 1967. British Institute of Persian Studies at Tehran," Antiquity 42, 1968, pp. 97-99.

"Shahr-i Komis," Iran 6, 1968, p. 162.

1969

"Excavations at Tepe Nush-l Jan, 1967," Iran 7, 1969, pp. 1-20.

"British Archaeology Abroad 1968. British Institute of Persian Studies at Tehran," Antiquity 43, 1969, pp. 106-108.

1970

"Excavations at Shahr-i Qumis, 1967" (with J. Hansman), Journal of the Royal Asiatic Society 1970, pp. 142-155.

"A Sasanlan Repository at Shahr-i Qumis" (with J. Hansman), Journal of the Royal Asiatic Society 1970, pp. 29-61.

1971

"A circular symbol on the Tomb of Cyrus," Iran 9, 1971, pp. 155-158.

"The First Achaemenlans," Anjoman-eFarhanq-e Iran-e Bastan (Bulletin of the Ancient Iranian Cultural Society) 9, 1971, pp. 66-70.

"Cyrus the Great," Bastan Chenasi va Honar-e Iran 7/8, 1971, pp. 66-70.

"Archaeology," British Contributions to Persian Studies, Tehran, 1971, pp. 9-15

"Tepe Nush-i Jan", Iran 9, 1971, p. 175.

1972

"Shahr-i Qumis," Excavations In Iran; The British Contribution, Oxford, 1972, p. 17.

"Yarim Tepe," Excavations In Iran; The British Contribution, Oxford, 1972, pp. 21-23.

"Pasargadae," Excavations In Iran; The British Contribution, Oxford, 1972, pp. 38-39.

"Tope Nush-i Jan," Excavations In Iran; The British Contribution, Oxford, 1972, pp. 43-45..

"Une statue de Darius découverte a Suse: Description and Comment," Journal Asiatique 1972, pp. 241-246.

"Shahr-i Qumis" (with J. Hansman), Iran 10, 1972, p. 171.

"Pasargadae," Barraslha-ye Tarikhi (Historical Studies of Iran) 40, 1972, pp. 239-254 (In Persian).

"Excavations at Tepe Nush-i Jan," The Memorial Volume of the Vth International Congress of Iranian Art and Archaeology, Tehran, 1968, 1972, pp. 194-199.

1973

Review of C. Nylander, lonians at Pasargadae (Uppsala, 1970), Antiquaries Journal 1973, pp. 105-107.

"Tepe Nush-i Jan and Shahr-i Qumis," Bulletin of the Asia Institute 3, 1973, pp. 12-15.

"Tepe Nush-l Jan, 1970: Second Interim Report" (with M. Roaf), Iran 11, 1973, pp. 129-140.

1974

"Tepe Nush-i Jan" (with M. Roaf), Iran 12, 1974, pp. 214-215.

"Achaemenid Village I at Susa and the Persian Migration to Fars," Iraq 36, 1974, pp. 239-248.

"La statue de Darius le Grand découverte à Suse," Cahiers de la délégation archéologique française en Iran 4, 1974, pp. 61-72.

"Excavations at Shahr-i Qumis, 1971" (with J. Hansman), Journal of the Royal Asiatic Society 1974, pp. 8-22.

"Tope Nush-i Jan: A Case for Building Rites in 7th/6th Century B.C. Media?", Proceedings of the 2nd Annual Symposium on Archaeological Research in Iran. 1974, pp. 223-238.

1975

Suse: Site et Musée (with P. Amiet), Teheran, 1975.

"Tepe Nush-l Jan," Iran 13, 1975, pp. 187-188.

"A Fourth Season of Excavations at Tepe Nush-i Jan," Proceedings of the 3rd Annual Symposium on Archaeological Research in Iran, 1975, pp. 203-212.

1976

"Experiments in Mud-Brick Conservation at Tepe Nush-i Jan," First International Conference on Mud-Brick Monuments, Tehran, 1976, pp. 36-44.

"Notes on the Tomb of Cyrus, the Zendan and the Ka 'bah". Proceedings of the Sixth international Congress of Iranian Art and Archaeology, Tehran, 1976, pp. 313-317.

1977

"La découverte du premier temple mède dans la region d'Ecbatana (Hamadan, Iran)", Comptes Rendus de l'Académie des Inscriptions et Belles-Lettres, nov.-dec. 1977, pp. 688-698.

Review of M. Mallowan and G. Herrmann, Ivories from Nimrud (1949-1963), Fascicule 3 (London, 1974), Antiquity 61, 1977, pp. 67-68.

"Shahr-i Qumis," Iran 15, 1977, p. 197.

1978

Pasargadae. A Report on the Excavations conducted by the British Institute of Persian Studies from 1961 to 1963. Clarendon Press, Oxford, 1978.

"Tepe Nush-i Jan; A Third Interim Report" (with M. Roaf), Iran 16, 1978, pp. 1-11.

"Tepe Nush-i Jan", Iran 16, 1978, p. 195.

1979

"Excavations at Shahr-i Qumis, Iran, 1971" (with J. Hansman), National Geographic Society Research Reports: 1970 Projects, Washington D.C., 1979, pp. 237-258.

"Sir Max Mallowan," Iran 17, 1979, pp. v-vii.

"Survey of Excavations in Iran, 1978," Iran 17, 1979, p. 144.

"Shahr-i Qumis," Iran 17, 1979, p. 152.

"Excavations at Tepe Nush-i Jan", Akten des VII Internatlonalen Kongresses für Iranische Kunst und Archäologie, München 7-10, September 1976. Berlin, 1979, pp.157-159.

1980

"Iran under the Achaemenians and Seleucids," Cambridge Encyclopedia of Archaeology, Cambridge University Press, 1980, pp. 206-211.

1981

"Notes on Median and Early Achaemenian Religious Monuments," Temples and High Places in Biblical Times (ed. A. Biran), Jerusalem, 1981, pp. 123-130.

"Standing Stones in the Atrek Region: The Halat Nabi Cemetery," Iran 19, 1981, pp. 147-149

1982

"Ras al 'Amiya," Fifty Years of Mesopotamian Discovery, British School of Archaeology in Iraq, London, 1982, pp. 37-39.

1983

"Achaemenid Coins: Problems and Prospects", American Journal of Archaeology 87, 1983, p. 262.

1984

Review of J. Cook, The Persian Empire (London, 1983), Antiquaries Journal 64, 1984, pp. 449-451.

"Introduction" in J. Curtis, Nush-i Jan III, The Small Finds, London, 1984, pp. v-vii.

Notes on Religion in Iran In the Seventh and Sixth Centuries B.C.," Acta Iranica 23 (= Deuxieme serie, vol. IX). Orientalia J. Duchesne-Guillemin Emerito Oblata. Leiden, 1984, pp. 479-490.

1985

"The Apadana; A Signature of the Line of Darius I," De I 'Indus aux Balkans, Recueil à la mémoire de Jean Deshayes. Paris, 1985, pp. 433-445.

"On the Evolution of the Early Iranian Fire Temple," Acta Iranica 25 (=Deuxleme serie, vol. XI). Papers in Honour of Professor Mary Boyce, 1985, pp. 605-627.

"Tope Nush-i Jan: The Median Settlement," Cambridge History of Iran 2, 1985, pp. 832-837.

"Pasargadae," Cambridge History of Iran 2, 1985, pp. 838-855.

1986

"Apadana," Encyclopaedia Iranica 2, Fascicule 2, 1986, pp. 145-148.

"Anthony Hutt," Iran 24, 1986, p. iv.

1987

"Archaeology: Median and Achaemenid," Encyclopaedia Iranica 2, Fascicule 3, 1987, pp. 288-296.

"Notes on Iranian Dress in the Achaemenid Period," American Journal of Archaeology 91, 1987, pp. 309-310.

1988

"The Bronzes of Luristan: Patterns of Discovery," Lotus Leaves; A Selection of Essays from the Society for Asian Art Newsletter, San Francisco, 1988, pp. 59-60.

"Excavations at Nineveh, 1987," Mar Sipri 1/2, 1988, pp. 1-2.

1989

"Early Achaemenid Coinage: Perspectives from the Homeland," Iranica Antiqua 24 (Mélanges P. Amiet. vol. 2), 1989, pp. 255-284.

"The Royal Garden at Pasargadae: Evolution and Legacy," Archaeologia Iranica et Orientalis Miscellanea in Honorem Louis Vanden Berghe I, Gent, 1989, pp. 475-402.

Review of L. Bier, Sarvistan; A Study in Early Iranian Architecture (Pennsylvania State University Press 1986), in Journal of the American Oriental Society 109, 1989, pp. 445-447.

"New Light on the Last Days of Nineveh," Mar Sipri 2, no. 2, 1989, pp. 1-2.

1990

"Excavations at Nineveh, 1990" (with S. Lumsden), American Journal of Archaeology 94, no. 2, 1990, p. 311.

"Chaharbag," Encyclopaedia Iranica 4, Fascicule 6, 1990, pp. 624-625.

1991

"On the Genesis of the Old Persian Cuneiform Script," Mélanges Jean Perrot, Recherche sur les Civilisations, Paris, 1991, pp. 195-203,

"The Garden as a Political Statement: Case Studies from the Near East In the First Millennium B.C.," Festschrift for Richard N. Frye, Bulletin of the Asia Institute 4, 1991, pp. 227-233.

1992

"U.C. Berkeley's Excavations at Nineveh" (with S. Lumsden), Biblical Archaeologist. Persepectives on the Ancient World from Mesopotamia to the Mediterranean 55, no. 4, 1992, pp. 227-233.

1993

"Preliminary Report on the 1992 Excavations at Horom, Armenia" (with P. Kohl et al.), Iran 31, 1993, pp. 1-24.

"Excavations at Horom, Armenia" (with P. Kohl), Mar Sipri 6, no. I, 1993, pp. 1-4.

"Patterns of Prestige in the Pazyryk Carpet: Notes on the Representational Role of Textiles in the First Millennium B.C.," Oriental Carpet and Textile Studies 4, 1993, 19-34.

1994

"Parterres and Watercourses at Pasargadae: The Achaemenid Contribution to the Evolution of Garden Design," Journal of Garden History 14, 1994, pp. 3-12.

"Preliminary Report on the 1993 Excavations at Horom, Armenia" (with P. Kohl et al.), Iran 32, 1994, pp. 1-29.

"Village to Metropolis: Nineveh and the Beginnings of Urbanism in Northern Mesopotamia," in Nuovo Fondazione nel Vicino Oriente antico: realta ed ideologia (ed. S. Mazzoni), Roma, 1994, pp. 85-108.

1995

"The 1994 Excavations of the Daghestan-American Archaeological Expedition to Southern Daghestan, Russia" (with P. Kohl et al.), Iran 33, 1995, pp. 139-148.

"The Imagery of the Wine Bowl: Wine In Assyria in the Early First Millennium B.C." in The Origins and Ancient History of Wine (eds. P. McGovern, S. Fleming and S. Katz), Gordon and Breach, New York, 1995, pp. 175-195.

"Notes on the Topography of Nineveh" in Neo-Assyrian Geography (ed. M Liverani), Roma, 1995, 161-170.

1996

"Excavations in Daghestan," American Journal of Archaeology 100, no. 2, 1996, p. 401.

"Excavations in Daghestan," Berkeley Archaeology 3:2 1966, pp. 5-6.

"Architecture from Achaemenid to Sasanian Times" in The Dictionary of Art 15 (Macmillan Publishers Ltd., London), 1996, pp. 910-913.

"Yarim Tepe" in The Dictionary of Art 33 (Macmillan Publishers Ltd., London), 1996, p. 504.

"Bisitun" (with A. Zoumatzi) in The Oxford Encyclopedia of Archaeology in the Near East 1, 1996, pp. 330-331.

"Mallowan, Max Edgar Lucien," in The Oxford Encyclopedia of Archaeology in the Near East 3,1996, p. 402.

"Nineveh" (with K, Codella) in The Oxford Encyclopedia of Archaeology in the Near East 4, 1996, pp. 144-148.

"Pasargadae" in The Oxford Encyclopedia of Archaeology in the Near East 4, 1996, pp. 250-253.

"Persepolis" (with K. Codella) in The Oxford Encyclopedia of Archaeology in the Near East 4,1996, pp. 273-277.

1997

"Anshan and Parsa: Early Achaemenid History, Art and Architecture on the Iranian Plateau" in Mesopotamia and Iran in the Persian Period: Conquest and Imperialism 539-331 B.C. (ed. J. Curtis), The British Museum Press, London, pp. 35-53.

"On the Interpretation of the Pasargadae Inscriptions" in Ultra Terminum Vagari. Scritti in onore di Carl Nylander. Associazione Internazionale di Archeologia Classica. Rome, 1997, pp. 323-329.

"Notes on the Fall of Nineveh," in Assyria 1995. Proceedings of the 10th Anniversary Symposium of the Neo-Assyrian Text Corpus Project (eds. S. Parpola and R.M. Whiting), Helsinki, 1997, pp. 307-324.

"The 1995 Daghestan-American Velikent Expedition: Excavations in Daghestan, Russia" (with M.G. Gadzhiev et al.), Eurasia Antiqua. Zeitschrift für Archäologie Eurasiens 3, 1997, pp. 181-222.

"Darius at Pasargadae: A Neglected Source for the History of Early Persia," Topoi 7 (Supplement I = Recherches recentes sur l'Empire achéménide), 1997, pp. 351-363.

1998

"The Achaemenid Lobed Bracelet" in The Iranian World. Essays on Iranian Art and Archaeology presented to Ezat 0. Negahban (eds. A. Alizadeh, Y. Majidzadeh and S. Malek-Shahmirzadeh), Tehran, 1998, pp. 178-193.

1999

"Kerkenes Dag 1999" (with G. Summers) in Anatolian Archaeology 5, pp. 19-22.

"Kerkenes" (with G. Summers) in Kerkenes News 2, pp. 1-13.

"Excavations in Iran" in Encyclopaedia Iranica 9, pp. 88-94.

2000

"Of Cyrus, Darius and Alexander; A New Look at the 'Epitaphs' of Cyrus the Great" in Variatio Delectat: Iran und der Westen Gedenkschrift für Peter Calmeyer (Eds. R. Dittmann, B. Hrouda, U.Löw, P. Matthiae, R. Mayer-Opificius, S. Thüwächter), Alter Orient und Altes Testament 272, pp. 681-702.

2001

"From Cyrus to Darius: Notes on Art and Architecture in Early Achaemenid Palaces" in The Royal Palace Institution in the First Millennium BC (ed. I. Nielsen), Monographs of the Danish Institute at Athens 4, pp. 95-111.

"Nus-i Gan (Nush-i Jan)," Reallexikon der Assyriologie und Vorderasiatischen Archäologie 9, 7/8, pp. 624- 629.

"On the Date of the Oxus Gold Scabbard and Other Achaemenid Matters," Bulletin of the Asia Institute 12 (Alexander's Legacy in the East: Studies in Honor of Paul Bernard), pp. 231-248.

'The Kerkenes Project, 2001" (with G. Summers) in Anatolian Archaeology 7, pp. 22-23.

"Kerkenes" (with G. Summers) in Kerkenes News 4: pp. 1-15.

2002

"Icons of Dominion: Review Scenes at Til Barsip and Persepolis," Iranica Antiqua 37 (Festschrift for C.C. Lamberg-Karlovsky), pp. 373-402.

"Kerkenes" (with G. Summers) in Kerkenes News 5, pp. 1-15.

"Great Britain: The British Institute of Persian Studies," Encyclopaedia Iranica 11, fasc. 3, pp. 287-290.

2003

"The Tomb at Arjan and the History of Southwestern Iran in the Early Sixth Century B.C." in Yeki Bud. Yeki Nabud: Essays on the Archaeology of Iran in Honor of William M. Sumner (eds. N.F. Miller and K. Abdi), pp. 249-259.

"The Ashlar Building at Kerkenes Dag: An Interim Report" (with G. Summers), Anatolia Antiqua 11, pp. 111-129.

"Herzfeld and Pasargadae," Encyclopaedia Iranica 12, fasc. 3, pp. 293-296.

Review of John Boardman, Persia and the West. An Archaeological Investigation of the Genesis of Achaemenid Art in Ancient East and West 2, no. 1, pp. 168-171..

"Independent Media: Archaeological Notes from the Homeland" in Continuity of Empire (?) Assyria, Media, Persia (eds. G.B. Lanfranchi, M. Roaf, R. Rollinger), Padova, pp. 233-248.

2004

"Notes on a Fortified Building and a 'Yurt' in Adjacent Registers of the Arjan Bowl" in A View from the Highlands: Essays in Honour of Charles A. Burney (ed. A. Sagona), Peeters Press, pp.711-728.

"Kerkenes" (with G. Summers) in Kerkenes News 6, pp. 1-15.

"On the Antiquity of the Yurt: Evidence from Arjan and Elsewhere" in D.C. Waugh (ed.), The Silk Road 2, No. 1, pp. 9-18.

2005

"Ernst Herzfeld and Pasargadae" in A.C. Gunter and S,R. Hauser (eds.). Ernst Herzfeld and the Development of Near Eastern Studies, 1900-1950, The Smithsonian Institution, Leiden-Boston, pp. 103-135.

"The Arjan Tomb: Innovation and Acculturation in the Last Days of Elam," Iranica Antiqua 40, pp. 179-196.

IN PRESS:

Nush-i Jan 1. The Major Buildings of the Median Settlement (with M. Roaf), The British Institute of Persian Studies, London.

"Assyrians at Tell Jemmeh" (with G.W. Van Beek et al.), Bulletin of the American Schools of Oriental Research.

ADDITIONAL PERSONAL DETAILS

Father's name: Ian David Stronach

Place of birth: Nottingham, England

Home address: 815 Shattuck Ave.
Berkeley
CA 94707
USA

Nationality: U.S. citizen