UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CYRUS KAR, *et al*,

          Plaintiff,

v.

GEORGE W. BUSH, *et al*,

          Defendant.

No. 1:05-cv-01348 (JR)

**DECLARATION OF SERVICE OF PROCESS**

I, Jessica Langley, hereby depose and state:

1. I am over 18 years of age and am not a party to the above captioned action.

2. I made service of process upon the United States in the above-captioned action as follows:

    (a) Upon the Attorney General of the United States, by hand-delivering a copy to his agent, Mr. David Burroughs, Contractor of the Mailroom at the United States Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, D.C., on July 6, 2005.

    (b) Upon the United States Attorney for the District of Columbia, by hand-delivering a copy to his agent, Ms. Cynthia Parker, Paralegal Specialist at 501 3rd Street, N.W., Washington, D.C., on July 6, 2005.

    (c) Upon the President of the United States, by hand-delivering a copy to his agent, Mr. Barry Hansen, Attorney-Advisor, at the Justice Management Division of the Office of General Counsel of the U.S. Department of Justice at 1331 Pennsylvania Avenue, N.W. Suite 520N, Washington, D.C., on July 7, 2005

    (d) Upon the Secretary of Defense of the United States, by hand-delivering a copy to his agent, Ms. Audrey Britton, Secretary of the Office General Counsel of the Department of Defense at 1600 Defense Pentagon, Washington, D.C., on July 7, 2005

    (e) Upon the Secretary of the Army of the United States, by hand-delivering a copy to his agent, Colonel Gregory Coe, Deputy Chief Litigation Officer of the Litigation Division of the Department of the Army at 901 N. Stewart Street, Suite 440A, Ballston, Virginia, on July 7, 2005

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of July, 2005.

*Jessica Langley* (signature)

Jessica Langley