UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CYRUS KAR, *et al.*,

       Petitioners,

v.

GEORGE W. BUSH, *et al.*,

       Respondents.

No. 05-cv-1348 (JR)

**MOTION FOR ADMISSION, *PRO HAC VICE,***
**OF ADDITIONAL COUNSEL FOR PETITIONERS**

Pursuant to Local Civil Rule 83.2(d), I hereby move for the admission *pro hac vice* of Mark D. Rosenbaum, Ranjana Natarajan and Ahilan T. Arulanantham (of the American Civil Liberties Union of Southern California), and Steven R. Shapiro, Benjamin E. Wizner and Lucas Guttentag (of the National ACLU), as additional counsel for the petitioners in this case.

The declaration of each of these attorneys, as required by Local Civil Rule 83.2(d), is filed herewith.

I am unable to state whether respondents will consent to or oppose this motion as no attorney has yet entered an appearance on behalf of the respondents.

Wherefore the motion should be granted.

A proposed order is filed herewith.

                        Respectfully submitted,

                        [signature on next page]

_____
Arthur B. Spitzer
   D.C. Bar No. 235960
American Civil Liberties Union
   of the National Capital Area
1400 20th Street, N.W. #119
Washington, D.C. 20036
(202) 457-0800

July 8, 2005