IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CYRUS KAR, *et al.*, | )<br>) |
| Petitioners, | )<br>) |
| v. | ) No. 05-cv-1348 (JR)<br>) |
| GEORGE W. BUSH, *et al.*, | )<br>)<br>) |
| Respondents. | ) |

DECLARATION OF RANJANA NATARAJAN

Pursuant to Local Rule 83.2(d), I, Ranjana Natarajan, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice*.

1. My full name is Ranjana Natarajan.

2. I am a Staff Attorney at the ACLU Foundation of Southern California. My office is located at 1616 Beverly Blvd., Los Angeles, California 90026, Tel: (213) 977-9500, ext. 236, Fax: (213) 250-3919.

3. I was admitted to the New York bar in 1999 and the California bar in 2003 and remain a member in good standing. I am a member of the bars of the following courts:

    a. U.S. District Court for the Central District of California;

    b. U.S. District Court for the Southern District of California;

    c. U.S. District Court for the Eastern District of New York;

    d. U.S. District Court for the Southern District of New York;

    e. U.S. Court of Appeals for the Second Circuit;

    f. U.S. Court of Appeals for the Ninth Circuit;

   g. New York Supreme Court, Appellate Division, First Department.

4. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have never been disciplined by any bar and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located within the District of Columbia.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 6th day of July, 2005 in Los Angeles, California.

                 _____
                 Ranjana Natarajan