UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CYRUS KAR, *et al.*,

    Petitioners,

v.

GEORGE W. BUSH, *et al.*,

    Respondents.

No. 05-cv-1348 (JR)

**DECLARATION OF STEVEN R. SHAPIRO**

Pursuant to Local Rule 83.2(d), I, Steven R. Shapiro, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice*.

1. My full name is Steven R. Shapiro.

2. I am the Legal Director at the American Civil Liberties Union Foundation. My office is located at 125 Broad Street, 17th floor, New York, NY 10004. My office telephone number is 212-549-2611.

3. I was admitted to the New York State Bar on May 5, 1976 and remain a member in good standing. I am currently a member in good standing of the following courts: the United States Supreme Court, the United States Court of Appeals for the Second, Fourth, Ninth and District of Columbia Circuits, and the Southern, Eastern Western and Northern Districts of New York.

4. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have never been disciplined by any bar and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not been admitted *pro hac vice* in this Court within the last two

years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I certify under the penalties of perjury that the foregoing is true.

Executed this 7th day of July, 2005.

*Steven R. Shapiro*
Steven R. Shapiro