UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CYRUS KAR, *et al.*,

    Petitioners,

v.

GEORGE W. BUSH, *et al.*,

    Respondents.

No. 05-cv-1348 (JR)

## DECLARATION OF BENJAMIN E. WIZNER

Pursuant to Local Rule 83.2(d), I, Benjamin E. Wizner, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice*.

1. My full name is Benjamin Elihu Wizner.

2. I am a Staff Attorney at the American Civil Liberties Union. My office is located at 125 Broad Street, 17th floor, New York, NY 10004. My office telephone number is 212-519-7860.

3. I was admitted by examination to the California bar in 2001 and remain a member in good standing. I was admitted by motion to the United States Supreme Court on March 21, 2005, the U.S. Court of Appeals for the 9th Circuit on July 14, 2003, the U.S. Court of Appeals for the DC Circuit on November 19, 2004, the U.S. District Court for the Central District of California on January 28, 2002, and the U.S. District Court for the Southern District of California on June 16, 2003.

4. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice. I have never been disciplined by any bar and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5.  I have been admitted *pro hac vice* in this Court two times within the last two years.

6.  I do not engage in the practice of law from an office located in the District of Columbia.

I certify under the penalties of perjury that the foregoing is true.

Executed this 7th day of July, 2005.

_____
BENJAMIN E. WIZNER