UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CYRUS KAR, *et al.*,<br><br>   Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>   Respondents. | No. 05-cv-1348 (JR) |

### DECLARATION OF LUCAS GUTTENTAG

Pursuant to Local Rule 83.2(d), I, Lucas Guttentag, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice*.

1.  My full name is Lucas Ernst Guttentag.

2.  I am the Director of the Immigrants' Rights Project at the American Civil Liberties Union Foundation. I maintain an office at 125 Broad Street, Floor 17, New York, NY 10004. I also maintain an office in California at 405 14th Street, Suite 300, Oakland, CA, 94612. My office telephone number is 510-625-2010 x240.

3.  I was admitted to the bar of the State of California in 1979 and to the bar of the State of New York in 1988, and remain a member in good standing in both. Among the courts to which I am admitted are the U.S. Court of Appeals for the D.C. Circuit (admitted September 14, 1989), the U.S. District Court for the Southern District of New York (admitted November 22, 1988), and the U.S. District Court for the Northern District of California (admitted May 10, 1990).

4. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have never been disciplined by any bar and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I certify under the penalties of perjury that the foregoing is true.

Executed this 6th day of July, 2005.

_____
LUCAS GUTTENTAG