UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CYRUS KAR, *et al.*,

    Petitioners,

v.

GEORGE W. BUSH, *et al.*,

    Respondents.

No. 05-cv-1348 (JR)

**ORDER**

Upon consideration of the motion for the admission, *pro hac vice*, of additional counsel for the petitioners, it is, this _____ day of July, 2005, hereby

ORDERED that the motion is granted and Mark D. Rosenbaum, Ranjana Natarajan, Ahilan T. Arulanantham, Steven R. Shapiro, Benjamin E. Wizner and Lucas Guttentag are hereby admitted *pro hac vice*.

                                                      _____
                                                      James Robertson
                                                      United States District Judge