UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CYRUS KAR, *et al.*,          :
                              :
    Petitioners,         :
                              :
  v.                          : Civil Action No. 05-1348 (JR)
                              :
GEORGE W. BUSH, *et al.*,     :
                              :
    Respondents.         :

### ORDER

    Upon consideration of the motion for the admission, *pro hac vice*, of additional counsel for the petitioners, it is

    **ORDERED** that the motion [8] is **granted** and that Mark D. Rosenbaum, Ranjana Natarajan, Ahilan T. Arulanantham, Steven R. Shapiro, Benjamin E. Wizner and Lucas Guttentag are hereby admitted *pro hac vice* upon condition that the lawyers admitted, or at least one member of the lawyers' firms, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer.

                                            JAMES ROBERTSON
                                United States District Judge