UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CYRUS KAR, *et al.*,

        Petitioners,

v.

GEORGE W. BUSH, *et al.*,

        Respondents.

No. 05-cv-1348 (JR)

**MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**

Pursuant to Local Rule 5.1(j), petitioners hereby move to seal the accompanying document that will be filed with the Clerk (and served upon respondents by hand delivery or mail), containing the residence addresses of petitioners Shahrzad Folger and Parvin Modarress.[1]

Petetioners fear having their residence addresses on the public record in this matter, as it may lead to harassment of themselves and their families because of the nature of the case. While they have not felt it necessary to seek to proceed as John and Jane Doe, putting their residence addresses on a document that can be accessed by any person in the world with a computer adds an additional element of concern.

This Court has officially recognized the privacy issues that have been magnified by the implementation of electronic filing of court documents. The local rules provides that the "personal identifiers" of Social Security numbers, financial account numbers,

---

[1] Local Civil Rules 5.1(e) and 11.1 provide that the first filing by a party shall include his or her residence address. However, the address shown on the first page of the petition filed in this case is actually the address of petitioners' attorneys at the American Civil Liberties Union of Southern California. That expedient was adopted to avoid delaying the filing of this urgent petition.

dates of birth and even the names of minor children are to be "excluded, or redacted" from all electronically filed documents. Local Civil Rule 5.4(f). The rules further provide that "a party wishing to file a document containing unredacted personal identifiers . . . may file an unredacted document under seal." *Id*. For the same reasons that underlie Local Civil Rule 5.4(f), leave should be granted to file the home addresses of petitioners under seal in this case.

Petitioners are unable to state whether respondents will consent to or oppose this motion as no attorney has yet entered an appearance on behalf of the respondents.

Wherefore the motion should be granted. A proposed order is filed herewith.

Respectfully submitted,

_____
Mark D. Rosenbaum
Ahilan T. Arulanantham
Ranjana Natarajan
ACLU Foundation of Southern California
1616 Beverly Boulevard
Los Angeles, California  90026
Tel:  (213) 977-9500, x224


_____
Arthur B. Spitzer
   D.C. Bar No. 235960
American Civil Liberties Union
   of the National Capital Area
1400 20th Street, N.W. #119
Washington, D.C.  20036
Tel: (202) 457-0800

        Steven R. Shapiro
        Lucas Guttentag
        Lee Gelernt
        Ben Wizner
        American Civil Liberties Union Foundation
        125 Broad Street
        New York, New York  10004
        Tel: (212) 549-2500

        Erwin Chemerinsky
        Duke University School of Law
        Science Drive & Towerview Road
        Durham, North Carolina 27708
        Tel: (919) 613-7173

        Paul Hoffman,
        Schonbrun, DeSimone, Seplow, Harris & Hoffman
        723 Ocean Front Walk
        Venice, California  90291
        Tel: (310) 396-0731

        Counsel for Petitioners

July 11, 2005