UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CYRUS KAR, *et al.*,

    Petitioners,

v.                                     No. 05-cv-1348 (JR)

GEORGE W. BUSH, *et al.*,

    Respondents.

**ORDER**

Upon consideration of Petitioners' Motion for Leave to File Document Under Seal, it appearing to the Court that good cause has been shown why the residence addresses of petitioners should not be on the public record, it is, this _____ day of July, 2005, hereby

ORDERED, that Petitioners' Motion is GRANTED; and it is further

ORDERED, that the Clerk shall file petitioners' "Notice of Filing (Residence addresses of Petitioners)" under seal.

_____
James Robertson
United States District Judge