UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CYRUS KAR, *et al.*,

    Petitioners,

v.   :   Civil Action No. 05-1348 (JR)

GEORGE W. BUSH, *et al.*,

    Respondents.

## ORDER

Petitioner's motion for leave to file document under seal [12] is **denied without prejudice**. Petitioner's LCvR 5.1(e) and 11.1 obligations to file his residence address are **suspended** pending further order of the Court.

JAMES ROBERTSON
United States District Judge