**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CYRUS KAR, *et al.*, | : |
| Petitioners, | : |
| v. | : Civil Action No. 05-1348 (JR) |
| GEORGE W. BUSH, *et al.*, | : |
| Respondents. | : |

### ORDER

Judge Kessler's order of November 2, 2005 [#12] was erroneously docketed in this case and is by the Court sua sponte <u>stricken</u>. Nothing has been filed by the parties since plaintiff's motion to seal on July 11, 2005 [#10]. Absent objection filed by December 19, 2005, this case will be dismissed as moot. It is **SO ORDERED.**

JAMES ROBERTSON
United States District Judge